No. 525.   COTNEY *v.* ALABAMA.   January 6, 1947.   Petition for writ of certiorari to the Court of Appeals of

Alabama denied. *G. Ernest Jones* for petitioner. *William N. McQueen,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.